# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 17-1528-RGK (SKx)** | Date | May 10, 2017 |
|---|---|---|---|
| Title | ***BENNETT v. AIR AND LIQUID SYSTEMS CORP, et al*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING CIVIL ACTION TO SUPERIOR COURT**

    Upon review of Defendant's Notice of Removal and Plaintiffs' Complaint, the Court remands this action on the ground that it was removed improvidently and without jurisdiction.

    **IT IS SO ORDERED.**

:

Initials of Preparer